UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MASTYGA, STANISLAW | § | Case No. 10-05912 |
| MASTYGA, KRYSTYNA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/08/2012 in Courtroom 642,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2012           By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

MASTYGA, STANISLAW
MASTYGA, KRYSTYNA

Debtor(s)

Case No. 10-05912

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.93 |
| and approved disbursements of | $ | 536.32 |
| leaving a balance on hand of[1] | $ | 14,464.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 2,250.08 | $ 0.00 | $ 2,250.08 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 4,955.00 | $ 0.00 | $ 4,955.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 3.64 | $ 0.00 | $ 3.64 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,368.00 | $ 0.00 | $ 1,368.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14.50 | $ 0.00 | $ 14.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 8,591.22 |
| Remaining Balance | $ | 5,873.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,090.57 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 3,486.72 | $ 0.00 | $ 157.42 |
| 000002 | CITIBANK N.A. | $ 15,231.11 | $ 0.00 | $ 687.66 |
| 000003 | RBS CITIZENS | $ 7,195.38 | $ 0.00 | $ 324.86 |
| 000004 | CHASE BANK USA NA | $ 4,800.81 | $ 0.00 | $ 216.75 |
| 000005 | CHASE BANK USA NA | $ 3,538.20 | $ 0.00 | $ 159.74 |
| 000006 | CHASE BANK USA NA | $ 15,476.36 | $ 0.00 | $ 698.73 |
| 000007 | CHASE BANK USA NA | $ 6,128.51 | $ 0.00 | $ 276.70 |
| 000008 | CHASE BANK USA NA | $ 13,238.75 | $ 0.00 | $ 597.71 |
| 000009 | US BANK N.A. | $ 12,260.10 | $ 0.00 | $ 553.52 |
| 000010 | PNC BANK | $ 5,946.12 | $ 0.00 | $ 268.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | BANK OF AMERICA FIA CARD SERVICES, NA | $ 17,843.23 | $ 0.00 | $ 805.59 |
| 000012 | BANK OF AMERICA FIA CARD SERVICES, NA | $ 2,093.13 | $ 0.00 | $ 94.51 |
| 000013 | BANK OF AMERICA FIA CARD SERVICES, NA | $ 9,437.39 | $ 0.00 | $ 426.08 |
| 000014 | BANK OF AMERICA FIA CARD SERVICES, NA | $ 13,414.76 | $ 0.00 | $ 605.66 |

Total to be paid to timely general unsecured creditors  $ 5,873.39

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker

UST Form 101-7-NFR (5/1/2011) (Page: 4)

325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-05912-SPS
Stanislaw Mastyga                                                          Chapter 7
Krystyna Mastyga
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 3          Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
db/jdb    +Stanislaw Mastyga,    Krystyna Mastyga,    8236 W Oak Ave.,    Niles, IL 60714-1609
aty        Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
            Chicago, IL   60610
17542509   American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
            Oklahoma City, OK   73124-8840
15107577  +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107585  +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
17355290   Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
15107592  +Citi Bank,    PO Box 790002.,    Saint Louis, MO 63179-0002
15107595  +National City,    Po Box 856177,    Louisville, KY 40285-6177
17635355  +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17292919  +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15107596  +Rbs,    Po Box 42010,    Providence, RI 02940-2010
17555784  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    POB 5229,
            CINCINNATI, OH 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17270082      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2012 04:21:49
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
15107584      E-mail/Text: bankruptcy@arvest.com Jan 11 2012 03:08:57     CENTRAL MORTGAGE,    PO BOX 8025,
               Little Rock, AR 72203-8025
15107594      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2012 04:23:00     Discover,    P.O. Box 6103.,
               Carol Stream, IL 60197-6103
17260618      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2012 04:23:00     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17643819      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2012 04:21:49
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15107581*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107582*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107583*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107578*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107579*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107580*    +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
15107586*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107587*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107588*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107589*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107590*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107591*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
15107593*    +Citi Bank,    PO Box 790002.,    Saint Louis, MO 63179-0002
15107597*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 108,    Saint Louis, MO 63166)
                                                                                   TOTALS: 0, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams            Page 2 of 3              Date Rcvd: Jan 10, 2012
                              Form ID: pdf006            Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                  Date Rcvd: Jan 10, 2012
                               Form ID: pdf006              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2012 at the address(es) listed below:
              Daniel P Scott    on behalf of Debtor Stanislaw Mastyga daniel@chepovandscott.com
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,   csmith@fgllp.com
                                                                                             TOTAL: 4