# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MASTYGA, STANISLAW                        §    Case No. 10-05912
MASTYGA, KRYSTYNA                         §
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CENTRAL MORTGAGE PO BOX 8025 Little Rock, AR 72203-8025 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ADAM WOLVERTON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Bank PO Box 790002. Saint Louis, MO 63179 | | | | | |
| | Discover P.O. Box 6103. Carol Stream, IL 60197-6103 | | | | | |
| | National City Po Box 856177 Louisville, KY 40285 | | | | | |
| | Rbs Po Box 42010 Providence, RI 02940 | | | | | |
| | Us Bank Po Box 108 Saint Louis, MO 63166 | | | | | |
| 000011 | BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | BANK OF AMERICA | | | | | |
| 000013 | BANK OF AMERICA | | | | | |
| 000014 | BANK OF AMERICA | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000008 | CHASE BANK USA NA | | | | | |
| 000002 | CITIBANK NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | PNC BANK | | | | | |
| 000003 | RBS CITIZENS | | | | | |
| 000009 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-05912 | SPS | Judge: Susan Pierson Sonderby | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | | | | Date Filed (f) or Converted (c): | 02/16/10 (f) |
| | MASTYGA, KRYSTYNA | | | | 341(a) Meeting Date: | 03/18/10 |
| For Period Ending: | 04/09/12 | | | | Claims Bar Date: | 08/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8236 W OAK AVE., NILES IL60714<br>Debtor Claimed Exemption | 235,000.00 | 9,850.00 | DA | 0.00 | FA |
| 2. cash<br>Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 3. National Citry<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. furniture<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. clothing<br>Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 6. 401K<br>Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 NISSAN ALTIMA<br>Debtor Claimed Exemption | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. 1997 DODGE INTREPID<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 9. 1997 MERCURY MISTIC<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-05912   SPS   Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | Date Filed (f) or Converted (c): | 02/16/10 (f) |
|  | MASTYGA, KRYSTYNA | 341(a) Meeting Date: | 03/18/10 |
|  |  | Claims Bar Date: | 08/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. OTHER (u) Purchase of right, title and interest in home. | Unknown | 15,000.00 |  | 15,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 0.00 |  | 0.93 | FA |
| TOTALS (Excluding Unknown Values) | $243,900.00 | $24,850.00 |  | $15,000.93 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED WITH THE COURT ON 1/9/12..

Initial Projected Date of Final Report (TFR): 11/01/11     Current Projected Date of Final Report (TFR): 01/15/12

/s/    Frances Gecker
_____    Date: 04/09/12
    FRANCES GECKER

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 16.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-05912 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | MASTYGA, STANISLAW | | Bank Name: | BANK OF AMERICA |
| | MASTYGA, KRYSTYNA | | Account Number / CD #: | *******5320  MONEY MARKET |
| Taxpayer ID No: | *******9825 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/11 | 10 | Krystyna Mastyga<br>Cashier's Check | | 1249-000 | 15,000.00 | | 15,000.00 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 15,000.09 |
| 06/03/11 | 001000 | Adam Wolverton<br>Chicago Real Estate Resources | Pursuant to Order dated 6/1/11 | 3510-000 | | 500.00 | 14,500.09 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,500.21 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,500.33 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,500.46 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,500.58 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,500.70 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.47 | 14,482.23 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,482.35 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.85 | 14,464.50 |
| 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 14,464.61 |
| 12/29/11 | | Transfer to Acct #*******2467 | Bank Funds Transfer | 9999-000 | | 14,464.61 | 0.00 |
| | | | Page Subtotals | | 15,000.93 | 15,000.93 | |

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05912 -SPS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | Bank Name: | BANK OF AMERICA |
| | MASTYGA, KRYSTYNA | Account Number / CD #: | *******5320 MONEY MARKET |
| Taxpayer ID No: | *******9825 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,000.93 | 15,000.93 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 14,464.61 | |
| Subtotal | 15,000.93 | 536.32 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.93 | 536.32 | |

Page Subtotals         0.00         0.00

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05912 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | | Bank Name: | Congressional Bank |
| | MASTYGA, KRYSTYNA | | Account Number / CD #: | *******2467 GENERAL CHECKING |
| Taxpayer ID No: | *******9825 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5320 | Bank Funds Transfer | 9999-000 | 14,464.61 | | 14,464.61 |
| 02/17/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.08 | 12,214.53 |
| 02/17/12 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees 1,368.00<br>Expenses 14.50 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,382.50 | 10,832.03 |
| 02/17/12 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees 4,955.00<br>Expenses 3.64 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 4,958.64 | 5,873.39 |
| 02/17/12 | 001003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 4.51% | 7100-000 | | 157.42 | 5,715.97 |
| 02/17/12 | 001004 | CITIBANK N.A. | Claim 000002, Payment 4.51% | 7100-000 | | 687.66 | 5,028.31 |

Page Subtotals    14,464.61    9,436.30

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05912 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | | Bank Name: | Congressional Bank |
| | MASTYGA, KRYSTYNA | | Account Number / CD #: | *******2467 GENERAL CHECKING |
| Taxpayer ID No: | *******9825 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | | | | | |
| 02/17/12 | 001005 | RBS CITIZENS<br>480 JEFFERSON BLVD<br>RJE 135<br>WARWICK RI 02886 | Claim 000003, Payment 4.51% | 7100-000 | | 324.86 | 4,703.45 |
| 02/17/12 | 001006 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 4.51% | 7100-000 | | 216.75 | 4,486.70 |
| 02/17/12 | 001007 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 4.51% | 7100-000 | | 159.74 | 4,326.96 |
| 02/17/12 | 001008 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 4.51% | 7100-000 | | 698.73 | 3,628.23 |
| 02/17/12 | 001009 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000007, Payment 4.51% | 7100-000 | | 276.70 | 3,351.53 |
| 02/17/12 | 001010 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000008, Payment 4.51% | 7100-000 | | 597.71 | 2,753.82 |

Page Subtotals    0.00    2,274.49

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-05912 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MASTYGA, STANISLAW | | Bank Name: | Congressional Bank |
| | MASTYGA, KRYSTYNA | | Account Number / CD #: | *******2467  GENERAL CHECKING |
| Taxpayer ID No: | *******9825 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/12 | 001011 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>POB 5229<br>CINCINNATI, OH 45201-5229 | Claim 000009, Payment 4.51% | 7100-000 | | 553.52 | 2,200.30 |
| 02/17/12 | 001012 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000010, Payment 4.51% | 7100-000 | | 268.46 | 1,931.84 |
| 02/17/12 | 001013 | BANK OF AMERICA FIA CARD SERVICES, NA<br>c/o AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000011, Payment 4.51% | 7100-000 | | 805.59 | 1,126.25 |
| 02/17/12 | 001014 | BANK OF AMERICA FIA CARD SERVICES, NA<br>C/O AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000012, Payment 4.52% | 7100-000 | | 94.51 | 1,031.74 |
| 02/17/12 | 001015 | BANK OF AMERICA FIA CARD SERVICES, NA<br>c/o AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000013, Payment 4.51% | 7100-000 | | 426.08 | 605.66 |
| 02/17/12 | 001016 | BANK OF AMERICA FIA CARD SERVICES, NA<br>c/o AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000014, Payment 4.51% | 7100-000 | | 605.66 | 0.00 |

Page Subtotals        0.00        2,753.82

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

| | |
|---|---|
| Case No: | 10-05912 -SPS |
| Case Name: | MASTYGA, STANISLAW |
| | MASTYGA, KRYSTYNA |
| Taxpayer ID No: | *******9825 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2467 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,464.61 | 14,464.61 | 0.00 |
| Less: Bank Transfers/CD's | 14,464.61 | 0.00 | |
| Subtotal | 0.00 | 14,464.61 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,464.61 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5320 | 15,000.93 | 536.32 | 0.00 |
| GENERAL CHECKING - ********2467 | 0.00 | 14,464.61 | 0.00 |
| | ---------- | ---------- | ---------- |
| | 15,000.93 | 15,000.93 | 0.00 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker      Date: 04/09/12
                    FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 16.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*